**Order filed May 3, 2022**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-21-00699-CV

———————

**ENVEN ENERGY CORPORATION AND ENVEN ENERGY VENTURES, LLC, Appellants**

**V.**

**DAVID M. DUNWOODY JUNIOR, Appellee**

**On Appeal from the 151st District Court
Harris County, Texas
Trial Court Cause No. 2019-39608**

## ORDER

On April 14, 2022, appellants filed an unopposed motion requesting that we direct the court reporter in this matter to file certain electronic documents via a USB drive in a supplemental record with this court. The motion is GRANTED. Accordingly, it is ORDERED as follows:

The court reporter in this matter is directed to prepare, certify, and file a true and correct copy of the Excel Spreadsheets entered in trial as Exhibit Numbers 41 and 1087 from the Sharelink entered into the trial record to a USB drive provided

at the expense of appellants. All additional expenses incurred in the preparation of the USB drive are to be paid by appellants. The court reporter is directed to file the USB drive with this court within **14 days from the date of this order.**

PER CURIAM

Panel Consists of Chief Justice Christopher and Justices Bourliot and Spain.